```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

OMAR RODRIGUEZ,

               Plaintiff,

    - against -

FUSION RANCH, INC.,

              Defendant.

23-cv-3358 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **June 6, 2023**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **June 27, 2023**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
             May 23, 2023

                                    John G. Koeltl
                               United States District Judge